The relief described hereinbelow is SO ORDERED.

Signed September 28, 2011.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

IN RE:

JULIE KAY BERGSTROM,

                         Case No. 08-22015

    Debtors.

## ORDER GRANTING MOTION TO FILE AMENDED CHAPTER 13 PLAN

THIS MATTER comes on for consideration upon the Debtor's Motion to File Amended Chapter 13 Plan. Notice with Opportunity for Hearing on the motion was properly given, no timely objections were filed, and no hearing was held on the matter.

IT IS THEREFORE BY THE COURT ORDERED that the Motion to File Amended Chapter 13 Plan is granted and the Third Amended Chapter 13 Plan is hereby approved. Debtor shall pay post-petition taxes and domestic support obligations through the Plan. The monthly Plan payment shall be $550.00 per month.

IT IS SO ORDERED.

# # #

Approved by:

EVANS & MULLINIX, P.A.


*s/ Richard C. Wallace*
Richard C. Wallace, KS #7536; MO #40899
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (FAX)
ATTORNEYS FOR DEBTOR(S)


*s/ William H. Griffin*
William H. Griffin, KS #8060
Chapter 13 Trustee
6330 Lamar, Suite 110
Overland Park, KS 66202
(913) 677-1311; (913) 432-7857 (FAX)